**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARY W.M.,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*, ET AL.,

Respondents.

Case No. 26-CV-3740 (NEB/SGE)

ORDER FOR DISMISSAL

---

Petitioner filed a status report (ECF No. 9) with this Court on September 4, 2026, indicating Respondents removed Petitioner from the United States. Because the remedy Petitioner was seeking is no longer available, this matter is now moot.

Accordingly, the Petition for a Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

Dated: September 8, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge